## CORNELIUS W. McDANIEL v. MARY A. MATTINGLY.

*Bill of Exceptions—Affidavits.*—Affidavits must be made a part of the record by a bill of exceptions.

Filed March 29, 1881.

Appeal from Daviess.

O'Neall & Hefron, for appellants, cited *Graham & W. on New Trials*, 1048; *Humphreys* v. *Klick*, 49 Ind. 190; *Rains* v. *Ballou*, 57 Ind. 79, as to admissions of party in regard to cumulative evidence.

W. R. Gardiner and S. H. Taylor, for appellee.

Opinion of the court by Mr. Justice Woods.

The affidavits on which the appellant claims a new trial on the ground of newly discovered evidence are not made a part of the record by a bill of exceptions. Counsel claim no other error. The judgment must, therefore, be affirmed.

*Williams* v. *Potter*, (at this term); *Matlock* v. *Todd*, 19 Ind. 130; *Horton* v. *Wilson*, 25 Ind. 316; *Burnett* v. *Overton*, 67 Ind. 557; *Fryberger* v. *Perkins*, 66 Ind. 19; *Burlin* v. *Oglesbee et al.*, 65 Ind. 308; *Buskirk's Practice*, 241.

Judgment affirmed with costs.